

**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

321 West 44th Street
Suite 1000
New York, NY 10036
(212) 850-6100 | Phone
(212) 850-6299 | Fax

David A. Schulz
(212) 850-6103
dschulz@lskslaw.com



February 8, 2013

The Clerk of Court is Directed to:
___ Term motion (doc. # ___)
_✓_ Doc. and File As: Letter

**VIA FASCIMILE (212) 805-7991**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re:   Biro v. Condé Nast, et al., 11-cv-04442 – JPO

Dear Judge Oetken:

We represent defendants Advance Magazine Publishers Inc. and David Grann (collectively, "Advance Defendants") in the referenced libel action. I write in advance of next week's scheduling conference to respond briefly to Mr. Altman's letter of January 23, 2013 requesting guidance from the Court on how discovery might "proceed in an orderly fashion" once the stay on discovery is lifted. We do not believe that proceeding directly into discovery is either necessary or appropriate in this case.

It is the position of the Advance Defendants that the Court may properly enter judgment on the few remaining claims against them as a matter of law, without discovery, if the plaintiff is held to be a public figure for purposes of these libel claims. That issue is currently *sub judice*. If the Court finds plaintiff to be a public figure, we propose to proceed with a case dispositive motion that would avoid the significant burden and expense of unneeded discovery.

Respectfully submitted,

David A. Schulz

cc:   All Counsel of Record (via email)