

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETER PAUL BIRO,

    Plaintiff,

-against-

CONDÉ NAST, a division of
ADVANCE MAGAZINE PUBLISHERS INC.,
DAVID GRANN,
LOUISE BLOUIN MEDIA INC.,
GLOBAL FINE ART REGISTRY LLC,
THERESA FRANKS,
BUSINESS INSIDER, INC.,
GAWKER MEDIA LLC,
PADDY JOHNSON,
YALE UNIVERSITY PRESS and
PATRICK BAHNERS,

    Defendants.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/13
```

11-cv-4442 (JPO)

**NOTICE OF DISMISSAL**

    Plaintiff Peter Paul Biro hereby dismisses this action, pursuant to Rule 41(a)(1)(A)(i), solely against defendant Patrick Bahners, without prejudice and without costs or attorney's fees in favor of or against either party, and the caption is amended accordingly.

Dated: January 29, 2013

**SO ORDERED:**

*/s/ J. Paul Oetken*
J. PAUL OETKEN
U.S.D.J. 2/11/13

*/s/ Richard A. Altman*

LAW OFFICE OF RICHARD A. ALTMAN
Attorneys for Plaintiff
285 West Fourth Street
New York, New York 10014
212.633.0123
altmanlaw@earthlink.net
artesq@earthlink.net