UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PETER PAUL BIRO, | : |
| | : |
| Plaintiff, | : |
| | : |
| - against - | : |
| | : |
| CONDE NAST, a division of ADVANCE MAGAZINE PUBLISHERS INC., DAVID GRANN, LOUISE BLOUIN MEDIA INC., GLOBAL FINE ARTS REGISTRY LLC, THERESA FRANKS, BUSINESS INSIDER, INC., GAWKER MEDIA LLC, PADDY JOHNSON, YALE UNIVERSITY PRESS and PATRICK BAHNERS, | : 11-cv-4442 (JPO) |
| | : |
| Defendants. | : |

---

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca Siegel of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for defendant Yale University Press in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: February 21, 2013       Respectfully submitted,

        /s/ Rebecca Siegel
        Rebecca Siegel
        (rsiegel@cahill.com)
        CAHILL GORDON & REINDEL LLP
        80 Pine Street
        New York, New York 10005
        Telephone: 212-701-3000
        Facsimile: 212-269-5420