UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETER PAUL BIRO,

                  Plaintiff,

-against-

CONDÉ NAST, a division of ADVANCE MAGAZINE PUBLISHERS INC., et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 11-CV-04442 (JPO)

ECF Case

**NOTICE OF MOTION BY THE ADVANCE DEFENDANTS FOR JUDGMENT ON THE <u>PLEADINGS UNDER RULE 12(c)</u>**

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(c), and upon the accompanying Memorandum of Law and all pleadings and papers previously filed herein, defendants Advance Magazine Publishers Inc. and David Grann respectfully move this Court before The Honorable J. Paul Oetken, United States District Judge, for an order dismissing plaintiff's Third Amended and Supplemental Complaint against them with prejudice for failure to state a claim.

Dated:  March 1, 2013

*Of counsel*:

Lynn Oberlander
General Counsel
The New Yorker
4 Times Square
New York, NY 10036

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

/s/ *David A. Schulz*
David A. Schulz
Chad R. Bowman (*pro hac vice*)
Julia C. Atcherley
321 West 44th Street, Suite 1000
New York, NY 10036
(212) 850-6100

*Attorneys for Defendants Advance Magazine Publishers Inc. and David Grann*