

**Law Office of Richard A. Altman**  
285 West Fourth Street  
New York, New York 10014

Tel. 212.633.0123  
Fax 917.463.1006  
altmanlaw@earthlink.net  
artesq@earthlink.net

USDC SDNY  
DOCUMENT  
ELECTRON[IC]  
DOC #:  
DATE FILED: MAR 1 4 2013

March 13, 2013

BY FAX – 212.805.7991  
Hon. J. Paul Oetken  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

**APPLICATION GRANTED:**

HON. J. PAUL OETKEN  
UNITED STATES DISTRICT JUDGE  
3/14/13

Re: *Biro v. Condé Nast et al.*, 11-cv-04442 (JPO)

Your Honor:

I represent the plaintiff and write to request an extension of one week to file opposition papers to the Rule 12(c) motion filed by defendants Condé Nast and Mr. Grann, otherwise due March 15. Their counsel, Mr. Schulz, does not object to this request, the first one on this motion. The new dates would be March 22 for plaintiff's opposition papers, and March 29 for defendants' reply

I appreciate the Court's attention.

Respectfully,

Richard Altman